# EISNER DICTOR & LAMADRID, P.C.

ATTORNEYS AT LAW
39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK 10006

EUGENE G. EISNER
BENJAMIN N. DICTOR
THOMAS J. LAMADRID
MARIA L. CHICKEDANTZ

TELEPHONE: (212) 473-8700
FACSIMILE: (212) 473-8705

OF COUNSEL
NATHANIEL K. CHARNY
ROGER J. BERNSTEIN

EMAIL: office@eisnerdictor.com
INTERNET: www.eisnerdictor.com

May 24, 2022

**Via ECF**
The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 704S
Brooklyn, New York 11201

Re:    **Hedges, *et al.* v. United Parcel Service of America, Inc.**
**1:20-cv-00870 (BMC)**

Dear Judge Cogan:

This firm represents Lalynda Hedges and Zyaire Simmons, the Plaintiffs in the above-referenced matter. We write jointly with counsel for Defendant and pursuant to the Court's order of August 4, 2020 (Doc. 21) requesting that the case be reopened and dismissed with prejudice.

Pursuant to the Court's order of August 4, 2020 compelling the Plaintiffs to arbitrate their claims against Defendant, the two Plaintiffs in this matter separately arbitrated their claims against UPS at the American Arbitration Association ("AAA"). After extensive litigation, including full discovery, each Plaintiff reached a separate resolution with the Defendant after their attorneys engaged in several settlement negotiations. The parties in both matters submitted fairness letters to each of their respective arbitrators along with fully executed settlement agreements and other supporting information.

On March 9, 2021, after reviewing Mr. Simmons' fairness letter and the accompanying fully executed settlement agreement, Arbitrator David C. Singer issued an Order Regarding Fairness of Settlement Agreement, determining that the settlement agreement between Plaintiff Zyaire Simmons and Defendant UPS was fair and reasonable, and that it met the standards set

EISNER DICTOR & LAMADRID, P.C.

Re:    Hedges, *et al.* v. United Parcel Service of America, Inc.
       <u>1:20-cv-00870 (BMC)</u>

2 | P a g e

forth in <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015). (The Fairness Order issued by Arbitrator Singer is annexed hereto as Exhibit A).

On May 9, 2021, after reviewing Ms. Hedges' fairness letter, the accompanying fully executed settlement agreement and other supporting exhibits, and after conducting a fairness hearing, Arbitrator Loretta Gastwirth issued a Consent Award of Arbitrator determining that the settlement agreement between Plaintiff Lalynda Hedges and Defendant UPS was fair and reasonable, and that it met the standards set forth in <u>Cheeks</u>. (The Consent Award issued by Arbitrator Gastwirth is annexed hereto as Exhibit B).

As both arbitrators in each of the Plaintiffs' AAA arbitrations against Defendant UPS have determined that the settlement agreements are fair and reasonable and that they comport with the standards set forth in <u>Cheeks</u>, the parties respectfully request that the case be reopened and that the Court dismiss the Plaintiffs' claims against Defendant UPS, with prejudice.

Thank you for your consideration.

Respectfully submitted,

Maria L. Chickedantz
*Attorney for Plaintiffs*

Encl.

cc:    David LeRay, Esq., *Attorney for Defendant* (via ECF)
       Tony C. Coleman, Esq., *Attorney for Defendant* (via E-mail)