UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HEDGES *et al.*,

        Plaintiffs,

  v.

UNITED PARCEL SERVICE OF AMERICA,

        Defendants.

Case No. 20-cv-00870 (BMC)

**STIPULATION OF DISMISSAL**

WHEREAS, the Plaintiffs in the above-captioned action have respectively executed settlement agreements with the Defendant resolving the claims of the action; and

WHEREAS, the Court, upon consideration of the written submissions of the parties, including the two arbitration orders determining that the respective settlement agreements are fair and reasonable pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), has found the settlement agreements fair and reasonable;

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, that this action be dismissed in its entirety with prejudice, without costs or fees to either party except as agreed to in the settlement agreements.

Dated: New York, NY
       June 30, 2022

| | |
|---|---|
| EISNER DICTOR & LAMADRID, P.C.<br>*Attorneys for Plaintiffs*<br><br>By:_____<br>Maria Chickedantz<br>39 Broadway, Suite 1540<br>New York, NY 10006<br>(212) 473-8700<br>maria@eisnerdictor.com | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>*Attorneys for Defendant*<br><br>By: /s/ David LeRay_____<br>David Du Leray<br>8324 Beverly Rd<br>Kew Gardens, NY 11415<br>212-849-7630<br>davidleray@quinnemanuel.com |

SO ORDERED this
1st  day of July 2022

*Digitally signed by Brian M. Cogan*

_____
Hon. Brian M. Cogan
United States Magistrate Judge